✎Prob 12A
  (Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** JaQuarion Nathaniel Ezeki Johnson       **Case Number:** 2:25CR00650-001

**Name of Sentencing Judicial Officer:**  The Honorable Kenneth John Gonzales, Chief U.S. District Judge
**Name of Current Judicial Officer:**  The Honorable Bruce H. Hendricks, U.S. District Judge

**Date of Original Sentence:** July 16, 2024

**Original Offense:** Conspiracy to Transport Illegal Aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 10 month(s) followed by 36 month(s) supervised release with the following special conditions: 1) The defendant must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office, 2) The defendant must participate in an educational or vocational services program and follow the rules and regulations of that program The probation officer will approve the program (agency, location, frequency of participation, etc.) and supervise your level of participation. The defendant may be required to pay all, all or a portion, of the costs of the program, and 3) The defendant must submit to a search of his person, property, residence, vehicle, papers, computers (as defined in 18 U.S.C. 1030(e)(l)), other electronic communications or data storage devices or media, or office under your control. The probation officer may conduct a search under this condition only when reasonable suspicion exists, in a reasonable manner and at a reasonable time, for the purpose of detecting evidence of transporting undocumented alien schemes, drugs, drug paraphernalia, alcohol, weapons, ammunition, and any other contraband. The defendant must inform any residents or occupants that the premises may be subject to a search.

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** February 4, 2025

**Previous Court Action/Notification(s):** Jurisdiction was transferred to the District of South Carolina on May 7, 2025.

On June 9, 2025, the Court modified the defendant's conditions of release to include substance abuse testing and standard co-pay language due to the defendant positive drug test on May 20, 2025, for marijuana.  The test was confirmed positive for marijuana on March 26, 2025.

On January 9, 2026, the Court modified the defendant's conditions of release to update his drug testing condition to include the new language, as well as a standard co-pay language.  The Court was also notified that he tested positive for illegal substances on September 5, 2025, and December 12, 2025.   Mr. Johnson will be referred for a substance abuse assessment and enrolled in the random drug testing program.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **Unlawful Use of a Controlled Substance:** The defendant is subject to the following condition: You must refrain from any unlawful use of a controlled substance. |

                    The defendant tested positive for Delta-9-Tetrahydrocannabinol-9-Carboxylic Acid (marijuana metabolite) on April 13, 2026.  The test was confirmed positive by Alere Toxicology on April 22, 2026.

**U.S. Probation Officer Action:**  It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.

Title 18 U.S.C. § 3583(g)(4) requires mandatory revocation for testing positive for illegal controlled substances more than three (3) times over the course of one (1) year. This provision may be waived upon consideration of available treatment programs, or the individual's current or past participation in such programs, when considering any action against a defendant who fails a drug test administered in accordance with 18 U.S.C. § 3583(d).

Mr. Johnson completed a substance abuse assessment on April 29, 2026, and has agreed to attend individual substance abuse counseling at Center for Behavioral Health.  The probation office requests no action to allow the defendant time to participate in treatment.  He will continue to be randomly drug tested, and he will be issued another written reprimand. Any future violations will be reported to the Court with an appropriate recommendation.

Respectfully Submitted,

By: _____
    Adam P. Davis
    U.S. Probation Officer
    Charleston Office

Date:  May 4, 2026

Reviewed and Approved By:

_____
Katrina Robinson-Curtis
Supervising U.S. Probation Officer

✎Prob 12A
(Rev. 01/2020 - D/SC)

| X | Agree with Probation Officer's recommendation |

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Bruce H. Hendricks
United States District Judge

May 4, 2026
Date